UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FRANCISCO JAQUEZ,

            **Plaintiff,**

-vs-                                      Case No. 6:06-cv-1859-Orl-28JGG

MAEWEATHERS TRANSPORTATION,
INC., MICHAEL S. MAEWEATHERS,
ROOMS TO GO FLORIDA
CORPORATION,

            **Defendants.**

---

## ORDER

This case is before the Court on the Joint Motion for Approval of Settlement and to Dismiss Case with Prejudice (Doc. No. 19) filed March 23, 2007. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed April 3, 2007 (Doc. No. 20) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Approval of Proposed Settlement and to Dismiss Case with Prejudice is **GRANTED.**

3. The settlement agreement is **APPROVED.**

4. This case is dismissed with prejudice.

5. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___23___ day of April, 2007.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party